USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

                                            17-CR-438 (VEC)

WILFRED MEDINA,                                 ORDER

                       Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties informed the Undersigned's chambers that the case as to Mr. Medina no longer warrants sealing.

IT IS HEREBY ORDERED that, given the parties' consent to unsealing, the case as to Mr. Medina shall be unsealed. The Clerk of Court is respectfully directed to unseal this matter as to Mr. Medina.

**SO ORDERED.**

**Dated: July 11, 2023**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**